UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CHANG MIN LU, et al., | ) | Case No.: C 09-6058 PVT |
| Plaintiffs, | ) ) | **ORDER DISSOLVING ORDER TO SHOW CAUSE; AND** |
| v. | ) ) | **RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| PACIFIC RIM ENTERPRISES, et al., | ) ) | |
| Defendants. | ) ) | |

On June 4, 2010, the court issued and Order to Show Cause Why Case Should Not Be Dismissed for Failure to Prosecute. On June 5, 2010, Plaintiffs filed a response to the Order to Show Cause. Based on Plaintiffs' response and the file herein,

IT IS HEREBY ORDERED that the Order to Show Cause is DISSOLVED.

IT IS FURTHER ORDERED that the Case Management Conference is rescheduled for 2:00 p.m. on June 29, 2010. The parties shall file their Case Management Conference Statement(s) no later than June 22, 2010. If Plaintiffs believes a further continuance is necessary, they shall file their request for a continuance no later than June 22, 2010.

IT IS FURTHER ORDERED that Plaintiffs shall serve a copy of this order on Defense counsel.

Dated: *6/7/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*