ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 708
San Jose, CA 95113
Tel:  (408) 292-1040
Fax:  (408) 416-0248

*E-FILED - 3/29/11*

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| CHANG MIN LU AND LI FEN LEE, on behalf of themselves and all similarly situated others, | Case No.: C09-6058 RMW |
| Plaintiffs, | STIPULATION & ORDER FOR EXTENSION OF TIME TO COMPLETE ADR THEREON |
| vs. | |
| PACIFIC RIM ENTERPRISES, FANNY KING, AND JIM SIEVERS | |
| Defendants | |

Plaintiffs CHANG MIN LU and LI FEN LEE ("Plaintiffs") and Defendants PACIFIC RIM ENTERPRISES, FANNY KING and JIM SIEVERS ("Defendants") (collectively "the Parties"), through their respective counsel, hereby stipulate as follows:

1.     This wage and hour case was filed on December 29, 2009.

2.     The Parties agreed to participate in the court-sponsored mediation program.

3.     On August 27, 2010, the  neutral was appointed for this case by the Court.

4.     However, on September 21, 2010, the mediator withdrew; and to date no replacement mediator has been appointed in this case.

5.     As result, the Parties have not had the opportunity to explore the settlement in this case through the use of mediation.

---

**PLAINTIFF'S CASE MANAGEMENT STATEMENT**

6.      On February 8, 2010, a conference was held with the Court ADR staff.  The ADR staff indicated that in order to have a neutral to be reappointed, it is necessary to have the Court issue an order to extend the time for the Parties to complete the ADR process.

7.      As such, the Parties hereby jointly request that the Court extend the time to complete the ADR until May 15, 2011.

Dated:  February 10, 2011

By: /s/ Adam Wang
    ADAM WANG
    Attorneys for Plaintiffs

Dated: February 10, 2011

By: /s/ L. Robin Gonzalez
    L. RROBIN GONZALEZ
    KASTNER KIM LLP
    Attorneys for Defendants

_____

[] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that pursuant to parties' stipulation, the deadline by which to complete mediation be continued to May 15, 2011.

IT IS SO ORDERED.

Dated:  March 29, 2011                    By: _Ronald M. Whyte_____
                                              Ronald M. Whyte
                                              US District Court Judge

**PLAINTIFF'S CASE MANAGEMENT STATEMENT**

C09-6058 RMW