IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

LI FEN LEE,

        Plaintiff,

   v.

PACIFIC RIM ENTERPRISES, et al.,

        Defendants.

*E-FILED - 11/1/11*

CASE NO.: C-09-06058-RMW

**ORDER TO SHOW CAUSE RE: DISMISSAL**

    This matter came on regularly for a hearing on a Motion to Withdraw as Counsel for Plaintiff Li Fen Lee on September 30, 2011. Adam Wang appeared for Plaintiffs and Defendant Pacific Rim Enterprises appeared through its counsel, Robin Gonzalez. Plaintiff Li Fen Lee failed to appear. Therefore,

    IT IS HEREBY ORDERED that plaintiff appear on **December 2, 2011 @ 9:00 a.m.** in courtroom 6 of this Court and show cause WHY THIS CASE SHOULD NOT BE DISMISSED for failure to diligently prosecute the case.

    In addition to appearing on December 2, 2011, plaintiff must file and serve on defendant's counsel by November 23, 2011, a declaration or affidavit under oath explaining her failure to diligently prosecute the case.

    IF PLAINTIFF FAILS TO COMPLY WITH THIS ORDER OR FAILS TO SHOW GOOD REASON FOR HER FAILURE TO DILIGENTLY PROSECUTE THE CASE, THE CASE WILL BE DISMISSED.

DATED: Nov. 1, 2011

                                                    *Ronald M Whyte*
                                         RONALD M. WHYTE
                                         UNITED STATES DISTRICT JUDGE

Copy of Order E-Filed to Counsel of Record:

Copy of Order Emailed to Plaintiff Li Fen Lee on 11/1/11:

lfleeus88@yahoo.com

*Email address for Plaintiff Lee*

No address on file with the court or plaintiffs' counsel.

ORDER TO SHOW CAUSE
CASE NO.: C-09-06058 RMW

2