**United States District Court**
For the Northern District of California

1

2

3

4                                                     **E-FILED on**   12/14/11

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                  SAN JOSE DIVISION

11

12    LI FEN LEE,                                No. C-09-06058 RMW

13              Plaintiff,
                                                 ORDER DISMISSING CASE
14         v.

15    PACIFIC RIM ENTERPRISES, et al.,

16              Defendants.

17

18         On November 1, 2011, the court issued an order to show cause why this case should not be

19    dismissed for failure to diligently prosecute.  The court asked Lee to appear on December 2, 2011

20    and to file and serve on defendants' counsel by November 23, 2011, a declaration or affidavit under

21    oath explaining her failure to diligently prosecute the case. As of December 2, 2011, Lee has failed

22    to respond to the order to show cause.  Because Lee failed to appear or otherwise show good reason

23    for her failure to diligently prosecute the case, the court hereby dismisses the case without prejudice.

24

25

26

27    DATED:        12/14/11

28    _____
                                                 RONALD M. WHYTE
                                                 United States District Judge

ORDER DISMISSING CASE—No. C-09-06058 RMW
GS