**E-FILED on** 12/14/11

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LI FEN LEE, | No. C-09-06058 RMW |
| Plaintiff, | |
| v. | ORDER DISMISSING CASE |
| PACIFIC RIM ENTERPRISES, et al., | |
| Defendants. | |

On November 1, 2011, the court issued an order to show cause why this case should not be dismissed for failure to diligently prosecute. The court asked Lee to appear on December 2, 2011 and to file and serve on defendants' counsel by November 23, 2011, a declaration or affidavit under oath explaining her failure to diligently prosecute the case. As of December 2, 2011, Lee has failed to respond to the order to show cause. Because Lee failed to appear or otherwise show good reason for her failure to diligently prosecute the case, the court hereby dismisses the case without prejudice.

DATED: 12/14/11

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DISMISSING CASE—No. C-09-06058 RMW
GS