**E-FILED on**    2/10/12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHANG MIN LU AND LI FEN LEE, ON BEHALF OF THEMSELVES AND ALL SIMILARLY SITUATED OTHERS,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC RIM ENTERPRISES, FANNY KING AND JIM SIEVERS,<br><br>Defendants. | No. C-09-6058 RMW<br><br>ORDER DENYING APPROVAL OF SETTLEMENT |

The settlement of any claim brought under the California Private Attorneys General Act (PAGA) requires court approval. *See* Cal. Lab. Code § 2699(l). In this case, the court does not feel it can approve an agreement that provides no consideration for the settlement of plaintiff's PAGA claim, yet purports to bar employees similarly situated from filing potentially valid PAGA claims without first providing them with notice. The court recognizes its concern is largely academic, but is troubled by approving a settlement in which employee claims are unknowingly dismissed with prejudice for zero dollars while a significant monetary award is allocated to the named plaintiff. The court would be happy to approve a settlement under which the PAGA claim is dismissed with prejudice as to the named plaintiff but without prejudice as to others similarly situated.

ORDER DENYING APPROVAL OF SETTLEMENT —No. C-09-6058
CB

1
2
3   DATED:       February 10, 2012                    _____
                                                     RONALD M. WHYTE
4                                                    United States District Judge

ORDER DENYING APPROVAL OF SETTLEMENT —No. C-09-6058
CB                                          2

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Plaintiffs:**

3  name                              email

4  **Counsel for Defendants:**

5  name                              email

6
7  Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

8
9
10  **Dated:** _____         _____
                                      **Chambers of Judge Whyte**

ORDER DENYING APPROVAL OF SETTLEMENT —No. C-09-6058
CB                                                      3