1  ERIC C. KASTNER (SBN 53858) (eck@kastnerkim.com)
   ELEANOR C. SHUERMANN (SBN 161993) (ecs@kastnerkim.com)
2  KASTNER | KIM LLP
   700 E. El Camino Real, Suite 230
3  Mountain View, CA  94040
   Tel.:   (650) 967.7854
4  Fax:    (650) 386.1885

5  Attorneys for Defendants, PACIFIC RIM ENTERPRISES
   FANNY KING AND JIM SIEVERS
6
                    UNITED STATES FEDERAL COURT
7                  NORTHERN DISTRICT OF CALIFORNIA
                          SAN JOSE DIVISION
8

9  CHANG MIN LU,                        Case No.: C09-CV-06058-RMW

10              Plaintiff,               [PROPOSED] ORDER GRANTING
                                         DEFENDANTS' MOTION TO
11     v.                                APPROVE SETTLEMENT

12
   PACIFIC RIM ENTERPRISES, FANNY
13 KING, AND JIM SIEVERS,               Date:
                                         Time:  9:00 AM
14              Defendant(s).            Judge:  Hon. Ronald M. Whyte

15

16

17      PURSUANT TO THE PARTIES STIPULATION, having considered the terms of the

18 Settlement Agreement, this Court hereby approves the Plaintiff Lu's individual claims and

19 dismiss PAGA claim with prejudice as to the named plaintiff Lu but without prejudice as to

20 others similarly situated.

21      IT IS SO ORDERED.

22
   DATED: _____         By: *Ronald M. Whyte*
23                                         Hon. Ronald M. Whyte
24                                         United States District Judge

25

26

27

28
                  [PROPOSED] ORDER GRANTING DEFENDANTS'
                       MOTION TO APPROVE SETTLEMENT

                                    1