1  ERIC C. KASTNER (SBN 53858) (eck@kastnerkim.com)
   ELEANOR C. SHUERMANN (SBN 161993) (ecs@kastnerkim.com)
2  KASTNER | KIM LLP
   700 E. El Camino Real, Suite 230
3  Mountain View, CA  94040
   Tel.:   (650) 967.7854
4  Fax:   (650) 386.1885

5  Attorneys for Defendants, PACIFIC RIM ENTERPRISES
   FANNY KING AND JIM SIEVERS
6
                    UNITED STATES FEDERAL COURT
7                   NORTHERN DISTRICT OF CALIFORNIA
                          SAN JOSE DIVISION
8

9  CHANG MIN LU,                          Case No.: C09-CV-06058-RMW
10
                  Plaintiff,              [PROPOSED] ORDER GRANTING
11                                        DEFENDANTS' MOTION TO
       v.                                 APPROVE SETTLEMENT
12
13 PACIFIC RIM ENTERPRISES, FANNY
   KING, AND JIM SIEVERS,                 Date:
14                                        Time:  9:00 AM
                  Defendant(s).           Judge: Hon. Ronald M. Whyte
15

16

17        PURSUANT TO THE PARTIES STIPULATION, having considered the terms of the

18 Settlement Agreement, this Court hereby approves the Plaintiff Lu's individual claims and

19 dismiss PAGA claim with prejudice as to the named plaintiff Lu but without prejudice as to

20 others similarly situated.

21        IT IS SO ORDERED.

22
   DATED: _____          By: *Ronald M. Whyte* (signature)
23                                     Hon. Ronald M. Whyte
24                                     United States District Judge

25

26

27

28
_____
              [PROPOSED] ORDER GRANTING DEFENDANTS'
                  MOTION TO APPROVE SETTLEMENT

                              1